UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YOHANY HERNANDEZ
HERNANDEZ,

             Case No. 2:26-cv-1794-KCD-NPM

     Petitioner,

   v.

WARDEN , SOUTH FLORIDA
DETENTION FACILITY,  US
ATTORNEY GENERAL,

     Respondents,

                  /

## **ORDER**

Petitioner Yohany Hernandez Hernandez has filed a habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) He claims that his continued detention violates the Fifth Amendment as interpreted by *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id.* at 7-8.) The Government responded in opposition. (Doc. 6.) This is Hernandez's third petition. The prior case was dismissed just yesterday because, although Hernandez's detention is now outside the six-month window set forth in *Zadvydas*, he has refused removal, so the time is tolled. *See* Case No. 2:26-cv-1718-KCD-KRH (Doc. 9). Because Hernandez's petition here recycles the same arguments and does nothing to address the failure to

cooperate with removal that was the basis for the prior denial, the same result applies here. (*Id.*)

Accordingly, the habeas petition (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and close the case.

**ORDERED** in Fort Myers, Florida on June 15, 2026.

Kyle C. Dudek
United States District Judge